1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
      11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  DONNA STEWART,                    )    No.  EDCV 07-1070 PLA
11                                    )
12       Plaintiff,                   )    ORDER AWARDING EAJA FEES
         v.                           )
13                                    )
14  MICHAEL J. ASTRUE,                )
    COMMISSIONER OF SOCIAL            )
15  SECURITY,                         )
16                                    )
17       Defendant.                   )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20  awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21  TWO THOUSAND THREE HUNDRED DOLLARS and 00/cents ($2,300.00), as
22  authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23  Stipulation.
24
25       DATED:  12/18/08        /s/ - Paul L. Abrams
26                               HON. PAUL L. ABRAMS
                                 UNITED STATES MAGISTRATE JUDGE
27
28

-1-